1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID R MYRLAND, | CASE NO. C13-1680 MJP |
| Petitioner, | ORDER DISMISSING ACTION |
| v. | |
| PIONEER FELLOWSHIP HOUSE, | |
| Respondent. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation

    (2)    This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to LCR 41(b)(2).

//

//

//

ORDER DISMISSING ACTION- 1

1   (3)     The Clerk is directed to send copies of this Order to petitioner at his last known address and to the Honorable James P. Donohue.

DATED this 11th day of February, 2014.

                                     /s/ Marsha J. Pechman
Marsha J. Pechman
Chief United States District Judge